UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and*
*all others similarly situated,*

                      Plaintiff,                  **ORDER**

                                              **23-CV-599 (JHR) (JW)**

              -against-

BADCOCK'S ECONOMY FURNITURE
STORE, INC.,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **April 25, 2023** at **1:30 PM**.  The Parties were directed to submit a Proposed Case Management Plan a week in advance of the conference.  Dkt. No. 16.  No such plan was filed.  The Parties are directed to comply with their obligations and file a plan by noon on **April 25, 2023**.

       SO ORDERED.

DATED:   New York, New York
               April 24, 2023

                                                        _____
                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge