

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Magistrate Jennifer E. Willis
United States District Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007                                                                                April 24, 2023

    Re:   *Toro v. Badcocks Economy Furniture Store, Inc.*, Case 1:23-cv-00599
           <u>Letter-Motion for Adjournment of Conference</u>

Dear Judge Willis:

    Plaintiff submits this letter-motion seeking an adjournment of the initial pretrial conference, scheduled for April 25, 2023, and all related submission deadlines.  The Parties are currently discussing a resolution and are hopeful that the initial conference won't be necessary.  Fur the sake of judicial economy, the Parties, therefore, request a forty-five-day adjournment of the conference, to June 8, 2023 (or a date more convenient to the Court). This is the first time this relief is being requested and both Parties consent.

    We thank the Court for its consideration of this matter.

    Respectfully submitted,

    **MARS KHAIMOV LAW, PLLC**

    */s/ Mars Khaimov*
    Mars Khaimov, Esq.

    Attorneys for Plaintiff

cc: Counsel of record (via ECF)

SO ORDERED.  The conference is adjourned until June 8, 2023, at 10:30 AM.

*[signature: Jennifer E. Willis]*
Jennifer E. Willis
United States Magistrate Judge

April 24, 2023