UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and*
*all others similarly situated,*

        Plaintiff,      **ORDER**

                  **23-cv-599 (JHR) (JW)**
    -against-

BADCOCK'S ECONOMY FURNITURE
STORE, INC.,

        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **June 9, 2023** at **11:00 AM**.  The Parties were directed to submit a Proposed Case Management Plan a week in advance of the conference previously scheduled for April 25, 2023.  Dkt. No. 16.  No such plan was filed.  On April 24, 2023, the Court issued a subsequent order directing the Parties to comply with their obligations and file a plan.  Dkt. No. 17.  On April 24, 2023, the Parties requested an adjournment of the conference and related deadlines to pursue an independent resolution.  Dkt. No. 18.  The Court granted the request and adjourned the conference.  Dkt. No. 19.  The Court emailed counsel on June 6, 2023, to remind the Parties of their obligation to submit a joint letter.  The Parties are directed to comply with their obligations and file a plan by **noon on June 8, 2023**.

SO ORDERED.

DATED:   New York, New York
         June 7, 2023

                                                                JENNIFER E. WILLIS
                                                           United States Magistrate Judge